UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, JUDGE

| | | |
|---|---|---|
| HYAXIOM, INC., F/K/A DOOSAN FUEL CELL AMERICA, INC., | : | |
| Plaintiff, | : | |
| v. | : | Court No. 21-00057 |
| UNITED STATES OF AMERICA; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER, PERFORMING THE DUTIES OF THE COMMISSIONER, | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in accordance with the Court's February 6, 2025 paperless Order. ECF No. 68. Since the Court issued its Order, the parties have continued working on a draft Joint Statement of Material facts for Which There is no Genuine Issue to be Tried, which they expect to finalize shortly, and propose that the Court enter the following briefing schedule:

1. The parties will file a Joint Statement of Material facts for Which There is no Genuine Issue to be Tried by Friday, March 28, 2025;

2. Plaintiff will file its renewed motion for summary judgment by Friday, April 25, 2025;

3. Defendants will file their renewed cross motion for summary judgment and response brief by Friday, June 6, 2025; and

4. Plaintiff will file its response and reply brief by Thursday, July 3, 2024.

-1-

                                        Respectfully submitted,

                                        /s/ *Christopher M. Loveland*
                                        Christopher M. Loveland
                                        SHEPPARD, MULLIN, RICHTER &
                                          HAMPTON LLP
                                        2099 Pennsylvania Avenue, N.W., Suite 100
                                        Washington, D.C. 20006-6801
                                        Telephone: 202.747.1900
                                        cloveland@sheppardmullin.com

                                        Of Counsel:
                                        J. Scott Maberry
                                        Lisa C. Mays
                                        Jonathan Wang
                                        SHEPPARD MULLIN RICHTER &
                                          HAMPTON LLP

                                        *Attorneys for HyAxiom, Inc.*

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General
                                        Civil Division

                                        PATRICIA M. McCARTHY
                                        Director

By:    /s/ *Justin R. Miller*
             JUSTIN R. MILLER
             Attorney-In-Charge
             International Trade Field Office

             /s/ *Aimee Lee*
             AIMEE LEE
             Assistant Director

Of Counsel:                          /s/ *Alexander Vanderweide*

Michael A. Anderson            ALEXANDER VANDERWEIDE
Office of the Assistant Chief Counsel    Senior Trial Counsel
International Trade Litigation           Civil Division, U.S. Dept. of Justice
U.S. Customs and Border Protection   Commercial Litigation Branch
                                          26 Federal Plaza
                                          New York, New York 10278
Dated: March 7, 2025              Tel. (212) 264-9230 or 0482

                                        *Attorneys for Defendants*