UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| HYAXIOM, INC., F/K/A DOOSAN FUEL CELL AMERICA, INC., : : : Plaintiff, : : v. : : UNITED STATES OF AMERICA; : U.S. CUSTOMS & BORDER PROTECTION; : TROY A. MILLER, : PERFORMING THE DUTIES OF THE : COMMISSIONER, : : Defendants. : : | Court No. 21-00057 |

**ORDER**

Upon consideration of the parties' Joint Status Report and other papers and proceedings had herein, it is hereby

**ORDERED** that this action shall proceed according to the following schedule:

1. The parties will file a Joint Statement of Material facts for Which There is no Genuine Issue to be Tried by Friday, March 28, 2025;

2. Plaintiff will file its renewed motion for summary judgment by Friday, April 25, 2025;

3. Defendants will file their renewed cross motion for summary judgment and response brief by Friday, June 6, 2025; and

4. Plaintiff will file its response and reply brief by Thursday, July 3, 2024.

_____
Judge

Dated: _____
New York, New York